```
                                                    FILED
                                                  Nov 18 2021
                                                   2:36 pm
                                              CLERK, U.S. DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA
                                           BY    s/ shellyy          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. <u>21CR2546-GPC</u> |
| Plaintiff, | I N D I C T M E N T<br>**(Superseding)** |
| v. | Title 18, U.S.C., Secs. 1956(h), 1956(a)(1)(B)(i), and 1956(a)(2)(B)(i) - Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Sec. 982 - Criminal Forfeiture |
| ALFREDO ADOLFO IBARRA-VIDAL (1),<br>RICARDO VALENZUELA-GALE (2),<br>BRAYAN GIL-HERNANDEZ (3),<br>DAVID DURAN-RIVERA (4),<br>GERARDO SILVAS (5),<br>ANA FABIOLA SALCEDO-SALINAS (6),<br>JOSE LUIS VARGAS-ESPINOSA (7),<br>ROBERTO ANZALDO (8),<br>WENDY CAROLINA VILLEGAS-RIVERA (9),<br>ALAN ANDRE GARCIA-CASTRO (10),<br>VALERIE HERNANDEZ (11),<br>  aka "Valerie Jeanette Hernandez,"<br>DIANA BRENDA RODRIGUEZ-SANDEZ (12),<br>SALMA GABRIELA ALBA (13),<br>CHRISTIAN FERNANDEZ (14),<br>JULIA VIANNEY SUAZO-QUIRINO (15),<br>ADRIAN ROSETT VELASQUEZ (16),<br>SHANTAL MACIEL (17),<br>CESAR ENRIQUE CANTU (18),<br>NESSIE AIZU (19),<br>  aka "Nissie Aizu,"<br>ALEJANDRO CABRERA-HERRERA (20),<br>  aka "Manuel",<br>ADRIANA ELIZABETH<br>      VALENZUELA-GALE (21),<br>JORGE COVARRUBIAS (22), | |

BQ:nlv:San Diego:11/18/21

| | |
|---|---|
| 1 | JOSE G. QUINTANA-ARENAS (23), |
| 2 | AXEL GUADALUPE GARCIA (24), |
|   | FIDEL ALEJANDRO ZAMORANO-BERNAL (25), |
| 3 | DERIAN SERVIN-DIAZ (26), |
|   | ALEX ARTURO ZAMORA (27), |
| 4 | RICARDO PRADO (28), |
|   |   aka "Ricardo Prado-Zarate," |
| 5 | ERIK GALAVIZ (29), |
|   |   aka "Erik Dick Galaviz-Castillo," |
| 6 | MANUEL CABRERA-HERRERA (30), |
| 7 | RAMIRO XAVIER GAXIOLA-GARCIA (31), |
|   | RAUL PARTIDA, SR. (32), |
| 8 |   |
|   |                Defendants. |
| 9 |   |

10   The grand jury charges:

11   Beginning on a date unknown to the Grand Jury and continuing up to
12   and including April 2021, within the Southern District of California and
13   elsewhere, the defendants ALFREDO ADOLFO IBARRA-VIDAL, RICARDO
14   VALENZUELA-GALE, BRAYAN GIL-HERNANDEZ, DAVID DURAN-RIVERA, GERARDO
15   SILVAS, ANA FABIOLA SALCEDO-SALINAS, JOSE LUIS VARGAS-ESPINOSA, ROBERTO
16   ANZALDO, WENDY CAROLINA VILLEGAS-RIVERA, ALAN ANDRE GARCIA-CASTRO,
17   VALERIE HERNANDEZ, aka "Valerie Jeanette Hernandez", DIANA BRENDA
18   RODRIGUEZ-SANDEZ, SALMA GABRIELA ALBA, CHRISTIAN FERNANDEZ, JULIA
19   VIANNEY SUAZO-QUIRINO, ADRIAN ROSETT VELASQUEZ, SHANTAL MACIEL, CESAR
20   ENRIQUE CANTU, NESSIE AIZU, aka "Nissie Aizu", ALEJANDRO CABRERA-
21   HERRERA, aka "Manuel", ADRIANA ELIZABETH VALENZUELA-GALE, JORGE
22   COVARROBIAS, JOSE G. QUINTANA-ARENAS, AXEL GUADALUPE GARCIA, FIDEL
23   ALEJANDRO ZAMORANO-BERNAL, DERIAN SERVIN-DIAZ, ALEX ARTURO ZAMORA,
24   RICARDO PRADO, aka "Ricardo Prado-Zarate", and ERIK GALAVIZ, aka "Erik
25   Dick Galaviz-Castillo", MANUEL CABRERA-HERRERA, RAMIRO XAVIER GAXIOLA-
26   GARCIA, RAUL PARTIDA, SR., and others known and unknown to the Grand
27   Jury, did knowingly and intentionally conspire together and with each
28   other, and with other persons known and unknown to the Grand Jury,

2

a. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, drug trafficking, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, to wit: drug trafficking, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

b. to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, that is, drug trafficking, and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

**FORFEITURE ALLEGATIONS**

1. The allegations contained above are realleged herein for purposes of seeking forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

2. As a result of the commission of the felony offenses alleged above, said violation being punishable by imprisonment for more than one

3

year, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants ALFREDO ADOLFO IBARRA-VIDAL, RICARDO VALENZUELA-GALE, BRAYAN GIL-HERNANDEZ, DAVID DURAN-RIVERA, GERARDO SILVAS, ANA FABIOLA SALCEDO-SALINAS, JOSE LUIS VARGAS-ESPINOSA, ROBERTO ANZALDO, WENDY CAROLINA VILLEGAS-RIVERA, ALAN ANDRE GARCIA-CASTRO, VALERIE HERNANDEZ, aka "Valerie Jeanette Hernandez", DIANA BRENDA RODRIGUEZ-SANDEZ, SALMA GABRIELA ALBA, CHRISTIAN FERNANDEZ, JULIA VIANNEY SUAZO-QUIRINO, ADRIAN ROSETT VELASQUEZ, SHANTAL MACIEL, CESAR ENRIQUE CANTU, NESSIE AIZU, aka "Nissie Aizu", ALEJANDRO CABRERA-HERRERA, aka "Manuel", ADRIANA ELIZABETH VALENZUELA-GALE, JORGE COVARROBIAS, JOSE G. QUINTANA-ARENAS, AXEL GUADALUPE GARCIA, FIDEL ALEJANDRO ZAMORANO-BERNAL, DERIAN SERVIN-DIAZ, ALEX ARTURO ZAMORA, RICARDO PRADO, aka "Ricardo Prado-Zarate", ERIK GALAVIZ, aka "Erik Dick Galaviz-Castillo", MANUEL CABRERA-HERRERA, RAMIRO XAVIER GAXIOLA-GARCIA, and RAUL PARTIDA, SR., shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, $11,386,793 in U.S. currency previously seized.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 18, United States Code, Section 982.

DATED: November 18, 2021.

A TRUE BILL:

RANDY S. GROSSMAN
Acting United States Attorney

By: /s/
BLANCA QUINTERO
Assistant U.S. Attorney