UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. GONZALO P. CURIEL**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIANA BRENDA RODRIGUEZ-SANDEZ,<br><br>　　　　　　Defendant. | Crim. No.:  21-CR-2546-GPC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING**<br><br>**[ECF No. 1285]** |

　　　Good cause appearing in the joint motion of the parties, the Court orders the sentencing hearing continued from May 13, 2024, to November 18, 2024, at 8:30 a.m.

　　　The Court has already accepted the Defendant's guilty plea [CR 923], so the Speedy Trial Act no longer applies. *Betterman v. Montana*, 578 U.S. 437, 439 (2016).

　　　**IT IS FURTHER ORDERED** that the defendant file an acknowledgment of next court date within seven days of the filing of this Order.

　　　**IT IS SO ORDERED**.

Dated:  April 25, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　United States District Judge